UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DRIVETIME CAR SALES COMPANY, LLC,**

   Plaintiff,

v.   No. 4:24-cv-00358-P

**HEARTHSTONE PROPERTIES DELAWARE, LLC, ET AL.,**

   Defendants.

## ORDER

Pursuant to Federal Rule of Civil Procedure 58 and the Parties' Joint Stipulation of Dismissal with Prejudice, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the above-styled civil action is **DISMISSED with prejudice**.

**SO ORDERED** on this **13th day** of **June 2024.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE